| | |
|---|---|
| Mark S. Indelicato<br>HAHN & HESSEN LLP<br>488 Madison Avenue<br>New York, New York 10022<br>(212) 478-7200 | Hearing Date: May 27, 2015 at 10:00 a.m.<br>Objection Deadline: May 15, 2015 at 4:00 p.m. |

*Counsel to the Liquidating Trustee of the*
*Betsey Johnson Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| BETSEY JOHNSON LLC, | Case No. 12-11732 (JLG) |
| Debtor. | |

-------------------------------------------------------------------x

**NOTICE OF HEARING ON LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) ISSUING A FINAL DECREE CLOSING THE CHAPTER 11 CASE, (II) GRANTING THE LIQUIDATING TRUSTEE A COMPLETE DISCHARGE, (III) TERMINATING THE ENGAGEMENT OF THE CLAIMS AGENT, (IV) AUTHORIZING THE DESTRUCTION, ABANDONMENT, OR OTHER DISPOSAL OF THE REMAINING RECORDS IN ITS POSSESSION, AND (V) GRANTING RELATED RELIEF**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; AND (II) ALL PARTIES THAT HAVE FILED A NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS IN THESE BANKRUPTCY CASES

**PLEASE TAKE NOTICE THAT** on April 30, 2015, META Advisors LLC, solely in its capacity as liquidating trustee (the "Liquidating Trustee") of the Betsey Johnson Liquidating Trust ("Trust"), filed the attached *Liquidating Trustee's Motion for Entry of an Order (I) Issuing a Final Decree Closing The Chapter 11 Case, (II) Granting the Liquidating Trustee a Complete Discharge, (III) Terminating the Engagement of the Claims Agent, (IV) Authorizing the Destruction, Abandonment, or Other Disposal of the Remaining Records in its Possession, and (V) Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable James L. Garrity, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, Courtroom 601 (the "Bankruptcy Court") on **May 27, 2015 at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion must (a) be in writing; (b) conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court; (c) be filed in accordance with General Order M-399 of the Bankruptcy Court (which can be found at www.nysb.uscourts.gov); (d) set forth the name of the objecting party and the basis for the objection and the specific grounds therefor; (e) be filed with the Clerk of the Bankruptcy Court (with a courtesy copy delivered directly to the Chambers of the Honorable James L. Garrity), together with the proof of service thereof; and (f) be served in a manner so as to actually be received by (i) Hahn & Hessen LLP, counsel for the Responsible Person, 488 Madison Avenue, New York, New York 10022, Attn: Mark S. Indelicato, Esq.; and (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Susan Golden, Esq., **no later than 4:00 p.m. on May 15, 2015 (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 30, 2015

**HAHN & HESSEN LLP**

/s/ Mark S. Indelicato
Mark S. Indelicato, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel to META Advisors LLC, not individually, but solely in its capacity as Liquidating Trustee of the Betsey Johnson Liquidating Trust*